UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10390-WGY
)
MICHAEL AMBERS ) VIOLATION:
) 18 U.S.C. §922(g)(1)-
) Felon in Possession of
) Firearm and Ammunition

INDICTMENT

**COUNT ONE**: (18 U.S.C. §922(g)(1) - Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about October 22, 2004, at New Bedford, in the District of Massachusetts,

MICHAEL AMBERS,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Smith and Wesson, Model 60, Chiefs Special, .38 caliber revolver bearing serial number R181463, and 5 rounds of .38 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK     12/22/04
                  3:10

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** ATF _____

**City** New Bedford _____    **Related Case Information:**

**County** Bristol _____

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Michael Ambers _____    Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** 11 Hamilton Street, Taunton, MA _____

**Birth date (Year only):** 81    **SSN (last 4 #):** ____    **Sex** M    **Race:** _____    **Nationality:** U.S.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Christopher F. Bator _____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☒ Already in State Custody at Bristol County    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/22/04    **Signature of AUSA:** _/s/ F. Bator_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Ambers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | Felon-In-Possession of Firearm, Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**