UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:    The Superintendent of the Bristol County Jail and House of Correction
Bristol County House of Corrections
400 Faunce Corner Road
North Dartmouth, MA 02747

YOU ARE COMMANDED to have the body of   MICHAEL AMBERS   (DOB: 1981)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14 , on the   5th   floor, Boston, Massachusetts on   January 6, 2005  , at   10:30 AM   for the purpose of   Initial App./Arraignment   in the case of UNITED STATES OF AMERICA V.   Michael Ambers  . Docket Number 03-10390-WGY  .

And you are to retain the body of said   Michael Ambers   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   Michael Ambers   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   28th   day of   December, 2004  .

TONY ANASTAS
CLERK OF COURT

SEAL

By:   /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(HabeAmbers.wpd - 2/2000)