UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.          )<br>)<br>MICHAEL AMBERS         ) | CRIMINAL NO. 04-10390-WGY |

### WAIVER

I, MICHAEL AMBERS, fully understand that following my indictment by a federal Grand Jury on December 22, 2004, a Federal Detainer was placed against me at the Bristol County Jail in New Bedford, Massachusetts, and that when I return to the Bristol County Jail in New Bedford, Massachusetts the Detainer will remain on file at that institution. I also fully understand that I am now being held in state custody serving a prison sentence imposed upon me by the Commonwealth of Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the Federal Court securing my presence for proceedings on the above-styled Federal indictment.

I have discussed this matter fully with my attorney and, after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings on Indictment Criminal No. 04-10390-WGY, and I further voluntarily consent to the Federal Court issuing Writs of Habeas Corpus Ad Prosequendum whenever my

1-6-05
Noleen Rusr

presence is needed in Federal Court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

*Michael Ambers*
MICHAEL AMBERS

*John Wall*
Signature of Witness

MICHEL AMBERS
Typed or Printed Name of Witness

Date signed: 1/6/05

Place signed: _____