UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                          )<br>)<br>MICHAEL AMBERS                  )<br>)<br>)<br>)<br>) | CRIMINAL NO. 04-10390-WGY<br><br>VIOLATION:<br>  18 U.S.C. §922(g)(1)-<br>  Felon-In-Possession of<br>  Firearm and Ammunition |

**FIRST SUPERCEDING INDICTMENT**

**COUNT ONE**: (18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about July 26, 2004, at New Bedford, in the District of Massachusetts,

MICHAEL AMBERS,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Smith and Wesson, Model 60, Chiefs Special, .38 caliber revolver bearing serial number R181463, and 5 rounds of .38 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; January 19, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:27 p

Record of Grand Jurors Concurring

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. _____ |
| ) | |
| MICHAEL AMBERS          ) | |

    I, the duly appointed foreperson of the grand jury of this court, begun and held at Boston, Massachusetts on the ___ day of January 2005, do hereby file with the clerk of the court as required by Rule 6(c) of the Federal Rules of Criminal Procedure, a record of the number of grand jurors concurring in the finding of indictment in the above case, which record shall not be made public except upon order of the court:

_____ grand jurors concurring

_____
Foreperson

_____
Date

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Ambers

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g) | Felon-In-Possession of Firearm, Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≋JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ATF

**City** New Bedford           **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf.   Indictment    Case No.   04-10390-WGY
Same Defendant   Yes              New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

### Defendant Information:

**Defendant Name** Michael Ambers     Juvenile  ☐ Yes  [X] No

**Alias Name**

**Address** 11 Hamilton Street, Taunton, MA

**Birth date (Year only):** 81   **SSN (last 4 #):** ____   **Sex** M  **Race:** _____  **Nationality:** U.S.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:**

### U.S. Attorney Information:

**AUSA** Christopher F. Bator     **Bar Number if applicable**

**Interpreter:** ☐ Yes [X] No    **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes [X] No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**  /X/ No Process

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
[X] Already in State Custody at Bristol County   [X] Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on

**Charging Document:**  ☐ Complaint    ☐ Information    [X] Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/19/05    **Signature of AUSA:** _____