UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                                               CRIMINAL CASE NO.2005-10390-WGY

V.

MICHAEL AMBERS,
        Defendant

## NOTICE OF ARRAIGNMENT ON SUPERSEDING INDICTMENT

PLEASE TAKE NOTICE that Arraignment on the First Superseding Indictment in above-entitled case has been scheduled for February 3, 2005 at 10:30 A.M. before Magistrate Judge Robert B. Collings in Courtroom # 14 on the 5th floor.

                                                                   TONY ANASTAS
                                                                   CLERK OF COURT

                                              By:     /s/ Noreen A. Russo
                                                         Noreen A. Russo, Deputy Clerk
                                                         To the Honorable Robert B. Collings

DATE: January 21, 2005

Notice mailed to:

**John E. Wall**
Law Office of John Wall
1 Commercial Wharf West
Boston, MA 02110

N:\Notice\notice.Ambers.wpd