AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MICHAEL AMBERS

**WARRANT FOR ARREST**

CASE NUMBER: C4 - 10390 - WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL AMBERS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | ☒ Probation Violation Petition

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC 23 AM 9:06*

charging him or her with (brief description of offense)
knowingly possessing a firearm and ammunition, in and affecting commerce, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

in violation of
Title 18 United States Code, Section(s) 922(g)(1)

Name of Issuing Officer: Shaila Dueker (?)

Signature of Issuing Officer

Title of Issuing Officer

12-22-04 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/3/05

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.