UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        **Criminal Action**
                                                        **No: 04-10390-WGY**

**UNITED STATES**
**Plaintiff**

v.

**MICHAEL AMBERS**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, C.J.**

    An initial status conference in accordance with LR 116.5 was held on 2/17/05

    Any substantive motions are to be filed by  .   5/9/05   See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before     5/23/05    See LR 116.3(l).

    A Final Pretrial Conference will be held on   5/16/05 @ 2:00 PM

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/16/05

    A tentative trial date has been set for   6/13/05 @ 9AM

    The time between   2/17/05   and   6/13/05      is excluded in the interest of justice.

                                                                 **By the Court,**

                                                                 **/s/ Elizabeth Smith**
                                                                 _____
                                                                **Deputy Clerk**

**February 18, 2005**
**To: All Counsel**