UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        }
UNITED STATES OF AMERICA    }
                                        }
V.                                      }                    CRIMINAL ACTION
                                        }                    NO. 04-10390-WGY
MICHAEL AMBERS                 }
DEFENDANT                        }
_____}

## **NOTICE OF APPEARANCE**

Please enter my appearance for the above-captioned Defendant for all purposes.

Respectfully Submitted,
Michael Ambers,
By his attorney,


/s/ Frank D. Camera_____
Frank D. Camera
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
508-677-2878
508-677-2876


Dated: May 2, 2005