UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } <br> } <br> V. } <br> } <br> MICHAEL AMBERS } <br> DEFENDANT } <br> } | CRIMINAL ACTION <br> NO. 04-10390-WGY |

### DEFENDANT MICHAEL AMBERS MOTION FOR EXTENSION OF SCHEDULING DEADLINES

Now comes the Defendant, Michael Ambers, by and through his counsel, Frank D. Camera, hereby requests this Court extend the deadlines set forth in its Scheduling Order dated February 18, 2005, providing substantive motions are to be filed by May 9, 2005.  Mr. Ambers requests that the deadline for this be extended to June 10, 2005.

Good cause exists for this extension in that (1) the undersigned counsel filed his appearance and requires additional time to adequately prepare for Mr. Ambers defense; (2) this requested extension will not interfere or prejudice the Government in preparing its case; (3) counsel, on behalf of the Defendant, assents to this Court excluding from the Speedy Trial Act this period of time.

Mr. Ambers accordingly requests this Court extend the deadlines as stated herein or to provide such other relief as this Court deems appropriate.

        Respectfully Submitted,
        Michael Ambers,
        By his attorney,


        /s/ Frank D. Camera_____
        Frank D. Camera
        B.B.O. #635930
        56 N. Main Street #321
        Fall River, MA 02720
        508-677-2878
        508-677-2876

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on this second day of May 2005.

        /s/ Frank D. Camera_____