UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                         Criminal No. 04-10390-WGY

v.

MICHAEL AMBERS

## MOTION TO WITHDRAW

Now comes court appointed counsel for Michael Ambers who moves to withdraw, retained replacement counsel Frank D. Camera, Esq., 56 N. Main Street #321, Fall River, MA 02720, telephone (508) 677-2878 fax (508) 677-2878, having filed an appearance.

                                                   Respectfully submitted,
                                                   /s/ John Wall
                                                   John Wall, Esq.
                                                   BBO#513300
                                                   One Commercial Wharf West
                                                   Boston, MA 02110
Dated May 5, 2005                               617-742-9096

## CERTIFICATE OF SERVICE

I, John Wall, hereby certify that on May 5, 2005, I forwarded a copy of this Motion to former client Michael Ambers Federal Detainee, Bristol County House of Correction 400 Faunce Corner Road, North Dartmouth, MA 02747.

.                                                           /s/ John Wall
                                                           John Wall