UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          }
UNITED STATES OF AMERICA    }
                                          }
V.                                        }                    CRIMINAL ACTION
                                          }                    NO. 04-10390-WGY
MICHAEL AMBERS               }
DEFENDANT                       }
_____}

## DEFENDANT MICHAEL AMBERS ASSENTED TO MOTION FOR EXTENSION OF SCHEDULING DEADLINE AND FOR A PRE-PLEA PREPARATION OF PRESENTENCE REPORT

Now comes the Defendant, Michael Ambers, by and through his counsel, Frank D. Camera, and hereby requests this Court extend the deadline set forth in its Scheduling Order dated May 5, 2005 providing substantive motions are to be filed by June 10 2005. Mr. Ambers, with the assent by the Government, requests that the deadline for this be extended in order that a pre-sentence report be prepared at this time and prior to a possible change of plea.  Berthoff v. United States, 140 F.Supp.2nd 50, 94-95 (D. MA. 2001).

The Defendant is charged with being a felon in possession of a firearm and ammunition, as described in 18 U.S.C. §922(g)(1).  There is a possibility that due to Mr. Ambers' prior criminal record, including his juvenile record, the penalty could be a mandatory minimum of fifteen years (180 months) under 18 U.S.C. § 924(e).  The major issue will be whether a juvenile adjudication for assault by means of a dangerous weapon will qualify as a "violent felony".  Accordingly, the opportunity for a pre-plea pre-sentence report will provide the Defendant with the information that is required in order

to assess how to proceed.

Respectfully Submitted,
Michael Ambers,
By his attorney,


/s/ Frank D. Camera_____
Frank D. Camera
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
508-677-2878
508-677-2876


Dated: June 5, 2005


## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within

document to all parties of record by electronic filing on this fifth day of June 2005.


/s/ Frank D. Camera_____