UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. 04-10390-WGY |
| ) | |
| MICHAEL AMBERS           ) | |

**STATEMENT OF RELEVANT FACTS**
**PURSUANT TO F.R.Cr.P. 32(b)(4)**

As its statement of relevant facts pursuant to F.R.Cr.P. 32(b)(4) the United States submits the attached New Bedford Police Department Reports. (See, in particular, the "Narrative" sections of the two reports at pages 5-7, and 9 of the attachment.) The government also attaches reports of ATF Special Agent Jody Minick and Angelo Thurman indicating, respectively, that the firearm and ammunition had travelled in interstate commerce prior to their possession by Michael Ambers.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 6/30/05

**CERTIFICATE OF SERVICE**

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon U.S. Probation Officer Stephanie Henshaw by hand and Frank D. Camera, Esq., 56 N. Main Street, #321, Fall River, MA 02720 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 6/30/05