UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   WARDEN BRISTOL COUNTY CORRECTIONAL FACILITY

YOU ARE COMMANDED to have the body of   MICHAEL AMBERS   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse 1 Courthouse Way, Boston, MA, Courtroom No.   18 , on the   5  floor, Boston, Massachusetts on   TUE. JULY 19, 2005,   at  2:00   A.M. for the purpose of  HEARING

in the case of     UNITED STATES OF AMERICA V.   MICHAEL AMBERS

CR Number   04-10390-WGY

And you are to retain the body of said  MICHAEL AMBERS  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  MICHAEL AMBERS  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 14 day JULY of, 2005  .


/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

                                      SARAH A. THORNTON, CLERK

                                      /s/ Elizabeth Smith
                                 By:_____
             SEAL                  Deputy Clerk

(Habcorp.wrt - 10/96)                                                        [kwhcap.] or
                                                                                        [kwhcat.]