UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA}           CRIMINAL NO. 04-10390-WGY
                         }
V.                       }
                         }
MICHAEL AMBERS           }
_____}

**DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO FILE AFFIDAVITS IN SUPPORT OF MOTION TO SUPPRESS**

Now comes the Defendant, Michael Ambers, in the above-captioned matter, and hereby moves this court for leave to file affidavit(s) in support of Motion To Suppress. This request is assented to by Assistant United States Attorney Christopher Bator.

As reason for this request, defense counsel is in the process of making attempts to locate the witness to the underlying event which resulted in the search and arrest of the defendant. Accordingly, defendant hereby asks that he be given to September 16, 2005 to file said affidavit(s). As further reason for this date, defense counsel is on vacation from September 3, 2005 through September 11, 2005.

WHEREFORE, defendant prays the allowance of this motion.

                        Respectfully submitted,
                        Michael Ambers,
                        by his attorney,


                        /s/ Frank D. Camera
Dated: August 29, 2005          Frank D. Camera

CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have forwarded a copy of this motion to AUSA Christopher Bator on August 29, 2005 via e-filing.

                        /s/ Frank D. Camera