UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 04-10390-WGY |
| ) | |
| MICHAEL AMBERS  ) | |

**MOTION TO EXTEND TIME TO FILE**
**RESPONSE TO MOTION TO SUPPRESS**

The United States moves to extend the time by which it must respond to defendant's Motion To Suppress until two weeks after the defendant files the affidavits he has indicated he will file in support of his motion.  In support of its motion the United States says the following:

   1.  The defendant filed a motion to suppress on August 29, 2005.

   2.  Also on August 29, 2005, the defendant filed an assented-to motion for leave to later file affidavits in support of his suppression motion.  (The defendant indicated that he expects to file the affidavits on or by September 16, 2005).

   3. The government cannot fully or adequately respond to defendant's motion until it receives the affidavits the defendant intends to file -- until the motion is complete.

   4.  To the extent it is necessary to do so,[1] the government

---

   [1] The government believes its request is in accordance with Local Rule 7.1 which requires that oppositions be filed fourteen days after service of the motion and that affidavits and other

1

requests permission to file its opposition to the motion to suppress two weeks after the affidavits are filed and the motion is complete.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 9/12/05

### CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Frank D. Camera, Esq., 56 N. Main Street, Fall River, MA 02720 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 9/12/05

---

documents generally be "filed with the motion."