UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL ACTION NO. 04-10390-WGY |
| MICHAEL AMBERS DEFENDANT | |

### AFFIDAVIT OF ERIN ANDREWS

Being duly sworn, I do hereby depose and state the following:

1. My name is Erin Andrews. I currently reside in Brockton, Massachusetts.
2. On July 26, 2004 I was a driver of a Dodge Neon in which Michael Ambers was a passenger.
3. At approximately 12:45 A.M. I drove the vehicle to Bullard Street in New Bedford, Massachusetts and pulled over on the side of the road in a legal parking space.
4. I turned the lights of my vehicle off and Mr. Ambers exited the vehicle and entered a house located on Bullard and North Front Street.
5. After approximately five minutes, Mr. Ambers exited the house and re-entered my vehicle.
6. I then put my lights back on and pulled out in order to proceed easterly on Bullard Street.
7. Within seconds of pulling out of the parking spot, I noticed a marked police cruiser following me; at no time was I speeding.
8. At the intersection of Bullard and Belleville Avenue, I stopped at a stop sign, put my directional on, and made a left turn on to Belleville Avenue.
9. After approximately one tenth of a mile, the officer put on his lights in order to stop

    my vehicle, at which point I did immediately.

10. At the same time I stopped my car, a second police cruiser came to the scene and parked in a fashion so as to inhibit me from going any further.
11. Two officers approached my vehicle with their guns drawn and ordered me to turn the vehicle off, which I did.
12. Mr. Ambers was then ordered to exit the vehicle and then was subsequently searched.
13. At no time did I observe Mr. Ambers making any suspicious movements while sitting in the passenger seat of my vehicle.
14. At no time did I violate any traffic laws due to my driving.
15. Based upon my review of the police report in this matter, the facts as alleged by the officer and set forth in the police reports regarding the stop of my motor vehicle are untrue.
16. I was charged in this case and subsequently entered into a change of plea at the New Bedford District Court, for which I am still on probation.

Signed under the pains and penalties of perjury this 12th day of September, 2005.

                                                  _____
                                                  Erin Andrews