UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 04-10390-WGY |
| | ) | |
| MICHAEL AMBERS | ) | |

**ASSENTED-TO MOTION TO EXTEND TIME**

The United States, with the assent of the defendant, moves to extend the time by which it must respond to his Motion To Suppress up to and including October 7, 2005. In support of its motion the United States says the following:

1. The requested extension is necessary for the government to adequately prepare its response to defendant's motion. (In particular it is necessary to allow the government to confer with the relevant police officers).

2. The extension is only for one week.

3. The defendant assents to the extension.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

     By: /s/CHRISTOPHER F. BATOR
          Assistant U.S. Attorney

Assented-to:
Michael Ambers          Date: September 29, 2005
by his counsel,


/s/Frank D. Camera, Esq.(C.F.B.)
56 North Main Street
Fall River, MA 02020

CERTIFICATE OF SERVICE

    I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Frank D. Camera, Esq. by first class mail.

                                                /s/CHRISTOPHER F. BATOR
                                                Assistant U.S. Attorney

                                                Date: September 29, 2005