UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
            v.                )    CR. NO. 04-10390-WGY
                              )
MICHAEL AMBERS                )
```

**OPPOSITION TO DEFENDANT'S MOTION**
**TO SUPPRESS**

The United States opposes the Motion To Suppress Evidence of defendant Michael Ambers ("Ambers"). In support of its opposition, the United States says the following:

1. The only issue raised by Ambers' motion (and the only issue apparently in dispute) is whether a traffic violation giving rise to the traffic stop by New Bedford Police in fact occurred. See Ambers' Motion at pp. 2-3 ("In this case there was no probable cause to stop the vehicle for a traffic violation because a traffic violation did not occur.").

2. The relevant facts are set forth in detail in the "Narrative" portions of the two New Bedford Police Department Reports written at the time, which are attached, and incorporated herein, as Exhibit A. (The "Narrative" portions of the reports are at pages 5-7, and 9.) As described in Exhibit A, on July 26, 2004, at approximately 1:00 a.m., New Bedford Police Officer Tyrone Jones observed a Dodge Neon automobile abruptly pull out of a parking space near the intersection of North Front Street

1

and Bullard Street in New Bedford without using a turn signal.
The Dodge Neon automobile then drove through a stop sign at the
intersection of Bullard Street and Belleville Avenue without
stopping.  After going through the stop sign, the automobile
turned left onto Belleville Avenue, again without using a turn
signal.  (See Exhibit A at p. 5.) Officer Jones, following in his
police automobile, activated his lights and siren and pulled over
the Dodge Neon, leading, shortly thereafter, to the recovery from
the defendant/passenger of the firearm and ammunition which are
the subject of the Indictment, and the post-arrest statements of
the defendant (that he had purchased the gun).  Id at pp. 5-7.
Erin Andrews, the driver of the Dodge Neon, was issued a
Massachusetts Motor Vehicle Uniform Citation for "Failure To Use
Directional."  A copy of the citation is attached, and
incorporated herein, as Exhibit B.

    3.  As noted by Ambers (see his motion at page 2), police
may lawfully stop a car that commits a traffic violation.
Pennsylvania v. Mimms, 436 U.S. 106, 109 (1977).  Consequently,
the above-described traffic violations committed by Erin Andrews,
the driver of the Dodge Neon, provided justification to New
Bedford Police Office Tyrone Jones to pull over the Dodge Neon,
resulting in the subsequent recovery of a firearm and ammunition

from defendant Ambers who was a passenger in the car.[1]  Because there was legal justification for the traffic stop, Ambers' motion should be denied.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: October 6, 2005


CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Frank D. Camera, Esq., 56 N. Main Street, Fall River, MA 02720 by first class mail.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: October 6, 2005

---

[1]  As noted above, Ambers' motion only challenges the traffic stop.  He does not directly challenge any actions by the police that occurred after the stop, including the ordering of Ambers to get out of the car, the pat frisk of Ambers, the removal of the gun from Ambers' pocket, and Ambers' post-arrest interview.  He argues, instead, that the gun, ammunition and his post-arrest statements should all be suppressed because they derived from the unlawful traffic stop.

# EXHIBIT A

# NEW BEDFORD POLICE DEPARTMENT 2004-13950

871 Rockdale Avenue, New Bedford, MA  02740
UCR OFFENSE REPORT

---

Report Title: **WEAPON OFFENSES**                          Abuse: **N**  Hate Crime: **N**
Incident Occurred From:  07/26/2004  01:00      To:
Call Info - Received:   07/26/2004  00:40    Arrived: 00:40    Completed: 01:24
Incident Address: **COFFIN AVE/BELLEVILLE AVE**                Apt#:

---

## SUMMARY OF OFFENSES

Statute: 265.18B.626a   UNLAWFUL POSS FIREARM COMMISSION OF FELONY
Statute: 94C.34.823     UNLAWFUL POSSESSION CLASS B SUBSTANCE SUBS OFF

---

## BUSINESS

TOA:  **VICTIM**              Vic Type: **SOCIETY/PUBLIC**              Vic#: **01**
Name: **CRIMES AGAINST SOCIETY**              Type: **SOCIETY**
Address: **NIBRS VICTIM - SOCIETY**  Apt/Unit:     City: **NEW BEDFORD**     St: **MA**
Zip:          Area Phone:
Synopsis:

---

## PERSONS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Person Type: **ARRESTED OR SUMMONED**  - **ARREST APPLICATION**   MNI: **224497**  Seq#: **01**
Name: **AMBERS, MICHAEL**              Race: **BLACK**      Sex: **MALE**    DOB: **08/25/1981**
Address: **11 HAMILTON ST**           Apt/Unit:        Age at Time of Report: **22**
City: **TAUNTON**                              SSN: **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**
State: **MASSACHUSETTS**        Zip: **02780**      Home Phone: **508-880-4766**
Employer:                             Work Phone:
Occupation: **PHOTOGRAPHER**
Driver's License#:               State: **MA**  Status:
Other ID#:                      State:      Type:
Hgt: **5'11"**  Wgt: **185 lbs**  Eye Color: **BROWN**    Build: **MEDIUM**    Skin: **DARK**
Hair: **BLACK**        Length: **SHORT**      Style: **WAVEY**
Marks/Scars/Tattoos  Type:              Location:
Side:            Desc:
AKA:
Clothing:
Words:
Actions:
Short Synopsis:
Statement:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Person Type: **ARRESTED OR SUMMONED**  - **ARREST APPLICATION**   MNI: **186499**  Seq#: **02**

NEW BEDFORD POLICE DEPARTMENT

```
Name: ANDREWS, ERIN M          Race: WHITE      Sex: FEMALE  DOB: 10/06/1982
Address: 71 FRUIT ST           Apt/Unit:        Age at Time of Report: 21
City: NEW BEDFORD                               SSN: 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
State: MASSACHUSETTS           Zip: 02571       Home Phone: 508-990-1826
Employer:                                       Work Phone:
Occupation: SECRATRAY ASSISTANT
Driver's License#: S25759380                State: MA  Status: ACTIVE
Other ID#:                          State:     Type:
Hgt: 5'5"  Wgt: 170 lbs  Eye Color: BLUE       Build: HEAVY    Skin: LIGHT
Hair: BROWN        Length: LONG       Style: STRAIGHT
Marks/Scars/Tattoos  Type:               Location:
Side:              Desc:
AKA:
Clothing:
Words:
Actions:
Short Synopsis:
Statement:
```

## POLICE OFFICER WITNESSES
-------------------------------

```
Name: CHABEREK, STANLEY        Rank: OFF    Agency: NEW BEDFORD POLICE D
Unit Assignment: PATROL 1C SHIFT  Empl#:3863  Tel#:508-991-6300
Involvement in the Report:
Officer's Statement:
-------------------------------
Name: NETINHO, RICHARD A       Rank: SGT    Agency: NEW BEDFORD POLICE D
Unit Assignment: DETECTIVES    Empl#:3694  Tel#:508-991-6300
Involvement in the Report:
Officer's Statement:
```

## ARREST OR SUMMONS INFORMATION

```
-------------------------------------------------------------------------
Person Type: ARRESTED OR SUMMONSED  Name: AMBERS, MICHAEL        Seq#:
Arrest Date: 07/26/04  Time: 01:00  MNI#: 224497  OBTN#: TNEB000054445
Arrest Type:  ARRESTED ON VIEW      Location: COFFIN AVE/BELLEVILLE AVE
DOB: 08/25/1981 Age: 22

Arrested by: 3744    JONES, TYRONE C.

Charges:

 Chap:94C  Sec:32J  Charge: POSS INTENT TO DISTRIBUTE CLASS D S Counts: 01
 Chap:94C  Sec:32C  Charge: POSSESSION CLASS D SUBSTANCE INTENT Counts: 01
 Chap:94C  Sec:40   Charge: CONSPIRACY TO VIOLATE CONTROLLED SU Counts: 01
 Chap:94C  Sec:34   Charge: UNLAWFUL POSSESSION CLASS D SUBSTAN Counts: 01
 Chap:140  Sec:131C Charge: CARRYING FIREARMS IN VEHICLE VIOLAT Counts: 01
```

==========================================================================

NEW BEDFORD POLICE DEPARTMENT

2004-13950

NEW BEDFORD POLICE DEPARTMENT

PAGE 3

```
  Chap:269  Sec:10H  Charge: UNLAWFUL POSSESSION AMMUNITION     Counts: 01
  Chap:94C  Sec:34   Charge: UNLAWFUL POSSESSION CLASS B SUBSTAN Counts: 01
  Chap:94C  Sec:34   Charge: UNLAWFUL POSSESSION CLASS B SUBSTAN Counts: 01
  Chap:265  Sec:18B  Charge: UNLAWFUL POSS FIREARM COMMISSION OF Counts: 01
  Chap:269  Sec:10   Charge: CARRY FIREARM WITHOUT LICENSE SUBS  Counts: 01
```

**Prisoner's Property:**

```
BELT
NECKLACE W/CHARM
2 BRACELETS
1 RING
CIGGARETTS
4 LIGHTERS
```
------------------------------------------------------------------------
Person Type: ARRESTED OR SUMMONSED  Name: **ANDREWS, ERIN M**          Seq#:
Arrest Date: **07/26/04** Time: **01:00**  MNI#: 186499  OBTN#: TNEB000054441
Arrest Type: **ARRESTED ON VIEW**     Location: **COFFIN AVE/BELLEVILLE AVE**
DOB: 10/06/1982 Age: 21

Arrested by: 3744    JONES, TYRONE C.

**Charges:**

```
  Chap:94C  Sec:32J  Charge: POSS INTENT TO DISTRIBUTE CLASS D S Counts: 01
  Chap:94C  Sec:32C  Charge: POSSESSION CLASS D SUBSTANCE INTENT  Counts: 01
  Chap:94C  Sec:40   Charge: CONSPIRACY TO VIOLATE CONTROLLED SU  Counts: 01
  Chap:90   Sec:14B  Charge: FAIL SIGNAL BEFORE STOP TURN         Counts: 01
```

**Prisoner's Property:**

```
POCKET BOOK
WALLET
PAPERS
4 RINGS
6 EARRINGS
1 BRACELET
4 NECKLACES
```

---

**UNIFORM CITATION REPORT**
CITATION NUMBER: 0997486

DATE OCCURRED: **07/26/2004**  DAY: **MONDAY**     TIME: **01:00**  DATE ISSUED: 07/26/04
LOCATION OCCURRED: **BULLARD ST/N FRONT ST**
VIOLATOR: **ANDREWS, ERIN M**          MNI#: 186499 SEX:F RACE:B DOB: 10/06/1982
D/L #: S25759380  STATE: MA CLASS: D EXP:          SSN: 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

**VEHICLE INFORMATION**
YEAR: 2003 MAKE: DODGE          MODEL: NEON          STYLE: 2 DOOR
TAG #: 19SF14      TAG STATE: MA  TAG EXPIRES: 2003  VEHICLE SEARCHED?: Y
VIN#:                     ISSUED BY OFFICER: **JONES, TYRONE C.**

================================================================================

NEW BEDFORD POLICE DEPARTMENT

PAGE 3

NEW BEDFORD POLICE DEPARTMENT

2004-13950

PAGE 4

---
**CITATION CHARGES**

Chap:90   Sec:14B   Charge: **FAIL SIGNAL BEFORE STOP TURN**

---

NO TOWS ASSOCIATED TO THIS REPORT

---

# PROPERTY

Type:**FIREARMS**                    Property Status: **EVIDENCE (NOT UCR)**
Qty:                Brand/Make: **SMITH AND WESSON**          Model: **60 CHIEFS SPECI**
Article Value: 000000500  Article Number: 00130791
Serial #: **R181463**              Value: $000000500   Rec:              $
Description: **SMITH & WESSON 38 CAL. MODEL 60**
Owner:


Type:**FIREARMS**                    Property Status: **EVIDENCE (NOT UCR)**
Qty:                Brand/Make: **AMMUNITION**          Model: **38 CAL**
Article Value: 000000020  Article Number: 00130792
Serial #:                    Value: $000000020   Rec:              $
Description:
Owner:


Status: **SEIZED**            Type: **MARIJUANA**        -BAGGED MARIJUANA
Qty: 000000005.001 GRAM(S)        Desc: **5 PLASTIC BAGS MARIJUANA**
OCIB Case#:        Prop.Tag#: 00130794   Recov.OFC:


Status: **SEIZED**            Type: **OTHER NARCOTICS**   -OXYCONTIN
Qty: 000000004.000 DOSAGE UNIT/ITEMS  Desc: **4 OXYCOTIN PILLS**
OCIB Case#:        Prop.Tag#: 00130795   Recov.OFC:


Type:**MONEY**                    Property Status: **EVIDENCE (NOT UCR)**
Qty:                Brand/Make: **U.S. CURRENCY**          Model:
Article Value:        Article Number: 00130797
Serial #:
Description:
Owner:

Total Property Value Stolen:  $       520  Recovered: $          0

# PHOTOS AND FINGERPRINTS

========================================================================

NEW BEDFORD POLICE DEPARTMENT

PAGE 4

2004-13950

NEW BEDFORD POLICE DEPARTMENT

PAGE 5

Processed: **NO**  By:                              Photos: **NO**   Prints:

—————————————————**NARRATIVE**————————————————

Sir on the above date and time I was assigned to uniform patrol unit 36 on the 12-8 shift in a marked police cruiser. At approx. 0100hrs. I was traveling East on Bullard St. As I approached N front St I observed a Dodge neon parked on Bullard St the South curb at N Front. There was a male leaning into the passengers side window of the auto. The male stood up, looked at the cruiser and immediately walked South on N Front St. I continued driving East. The Dodge abruptly pulled out from the parking space to travel East on Bullard St. The operator failed to use the turn signal. The auto the sped off Easterly. The auto approached the intersection of Bullard St/Belleville Ave. There is a stop sign at this location. The auto rolled through the stop sign and turned left (North) onto Belleville Ave. The operator again failed to use the turn signal. I activated the cruiser blue lights and siren to signal the auto to stop. The auto stopped a short distance away at the corner of Belleville Ave/Coffin Ave. The operator did have plenty of room and time to stop sooner but continued driving at a slow rate of speed until coming to a rest at the mentioned intersection.

I now informed communications of my location and that I was out with an auto with two occupants. During this time I observed the passenger seated in the front seat begin to make movements, at one point the passenger ducked his head forward toward the dash board in front of him. For a brief moment he was now out of my sight. I now noticed another marked cruiser pull in behind me. I exited my cruiser, I looked back and noticed Ofc Stan Chaberek exiting his cruiser. As I now approached the Neon I noticed the passenger still moving about. The passenger now placed his left hand on the dash board, lifted himself off the seat and it appeared that he put his right hand behind him as to possibly hide or retrieve something. The male then sat back down on the seat. As a note this traffic stop occurred in close proximity to a lit street light. While walking to the Neon I informed Ofc. Chaberek of what I observed and told him I was going to immediately take the passenger out of the car. I got to the passenger side of he auto and asked the male to exit the auto. He exited the auto while Ofc. Chaberek was now standing to my left. Ofc. Chaberek immediately asked the male if he was carrying a weapon. Please refer to Ofc. Chaberek's supplement.

Once the passenger was placed in handcuffs. I now ordered the driver to shut off the car, which at first she refused and put her right hand on the shift as possibly put the auto in drive. I now approached the driver's side and again ordered her to shut the car off and place her hands on the steering wheel. After this order was given three times. The female finally complied. I removed the operator from the auto, placed hand cuffs on her and informed her she was not under arrest at this time. She was being placed in cuffs for everyone's safety and that we had found a firearm on the passenger. I asked her if she had any weapons and she replied no. A now conducted a pat frisk and found no further contraband. The driver was now placed into a cruiser so that I could help Ofc. Chaberek conduct a better search of the passenger. During this search the following was found. Ofc. Chaberek found 3 plastic corner baggies of a green leafy substance believed to be marijuana in the males right front pants pocket. Ofc. Chaberek also found four small pills wrapped in plastic in the

===============================================================================

2004-13950

NEW BEDFORD POLICE DEPARTMENT

right rear pants pocket. These pills were later identified as Oxycontin. Ofc. Chaberek found amounts of US Currency during his search. I found one larger plastic bag containing a green leafy substance believed to be marijuana in the left front cargo pocket of his shorts, and an amount of US Currency on his person. I now read the male Michael Ambers his rights under Miranda. He was then placed into my cruiser.

A search of the auto was now conducted by myself and Ofc. Chaberek. Ofc. Chaberek located a women's pocket book located between the driver and passenger's seat. The front zipper part of the pocket book was unzipped already and in this compartment a small corner bag of suspected marijuana was found. The
firearm which was loaded with five rounds was now unloaded and given to me at the scene by Ofc Chaberek. The suspected marijuana that he found was given to me
along with the US currency. I now asked the female Erin Andrews if the pocket book found in the auto was hers? She stated that it is. I asked if the contents inside were hers? She replied yes. I showed her the plastic bag of suspected marijuana, she stated that that was also hers. She then asked where her cell phone was? I held up a black and white i730 Nextel Phone and asked if it belonged to her? She stated yes. Moments later the Nextel phone rang I answered the phone and a female voice asked for Erin. I stated she was busy. The female then asked me are you making her deliveries? I stated yes I could take care of her. The female voice then stated can you do two forties for seventy dollars? This quantity and monetary value is consistent with street talk for two forty dollar bags of marijuana, and she was looking for a deal spending only seventy dollars. I told her to meet me at the Seven Eleven on Acushnet Ave at Coffin Ave. She agreed and stated she would be driving a black older style Chevy Blazer. I now left he scene and drove West on Coffin Ave. as I approached Coffin Ave/Acushnet Ave I could see a female pumping gas into an older model Chevy Blazer. This was the only auto in the lot and at this time it was approx. 0130hrs.

Based on my experience it appears that Erin is involved selling drugs as a delivery service to her customers. Based on this information I charged Erin with Possession with intent to distribute Class D substance, therefore confiscating her $107 dollars. This traffic stop did occur directly in front of the playground/skate park located on the corner of Belleville Ave/Coffin Ave. Based on the amount of suspected marijuana 1.02 ounces and the packaging of the suspected drugs Michael was charged accordingly and his $862 was confiscated. The money found on Michael is as follows. Two different stacks folded together consisting of one pile 19-20dollar bills,5-10dollar bills, 4-5dollar bills 2-50 dollar bills and 12-1dollar bills. The second stack was 11-20dollar bills, 2-10dollar bills 2-5dollar bills, 1-50dollar bill Which is typical of a suspect making street sales. The dealer will make a sale and quickly fold the money and put it into his pocket and leave the area. This also helps them to keep track of the amount of sales made rather then putting all the money together.

Erin and Michael were brought into HQ for booking. Both Def's were read there rights under Miranda and allowed to use the phone. Erin was issued a citation for the motor vehicle violation. The suspected marijuana that I found was initialed by me and Ofc. Chaberek initialed his. The suspected drugs were then placed into evidence envelopes along with the confiscated currency. The

========================================================================

2004-13950

NEW BEDFORD POLICE DEPARTMENT

PAGE 7

envelopes were then given to Capt. Soars to be placed into the evidence locker.
The firearm and ammo was also placed into an evidence envelope and given to
Capt Soars to be placed into the evidence locker. The serial number on the
firearm was run through our record room by Ofc. Barnes. However the query came
back no matching record found. Michael stated to me that had purchased the
firearm from a friend on the street for $500. No other information has been
gathered as of now on the firearm. Erin's auto was parked legally and left at
the scene.

Respectfully submitted

Ofc. Tyrone C. Jones
#3744

# ADMINISTRATION

Electronic Signature by Logon: **JONES, TYRONE C**
Report Entered by Officer: **JONES, TYRONE C.**
Unit OFC1: **JONES, TYRONE C.**              #: **3744**  Unit: **36A** Date: 07/26/04
Unit OFC2:                                   #:       Unit: **36A**
Routing:                          Date:                    Div:
Clearance  :                   Clearance Date:
Supervisor : **SOARES, ANTONIO P**     #: **3352**
Approved By:                     #:
Attachments:
Digtal Photos Attached: **N**

# NEW BEDFORD POLICE DEPARTMENT 2004-13950/1
### 871 Rockdale Avenue, New Bedford, MA  02740
### UCR SUPPLEMENT REPORT

```
FOLLOW-UP: WEAPON OFFENSES
OCCURRED: 07/26/2004 01:00            TO:
RECEIVED: 07/26/2004 00:40            ARRIVED: 00:40      COMPLETED: 01:24
FOLLOW-UP ADDRESS:                              APT#
CITY.:                       STATE:                      ZIP: 2400
CENSUS TRACT:           ZONE:         AREA:
```

| |
|---|
| NO OFFENSES ASSOCIATED TO THIS REPORT |

| |
|---|
| NO BUSINESS OR ORGANIZATION ASSOCIATED TO THIS REPORT |

| |
|---|
| |

| |
|---|
| NO OTHER POLICE OFFICER WITNESSES ASSOCIATED TO THIS REPORT |

| |
|---|
| NO ARRESTS ASSOCIATED TO THIS REPORT |

| |
|---|
| NO CITATIONS ASSOCIATED TO THIS REPORT |

| |
|---|
| NO TOWS ASSOCIATED TO THIS REPORT |

| |
|---|
| NO PROPERTY ASSOCIATED TO THIS REPORT |

Total Property Value Stolen: $        0  Recovered: $        0

# PHOTOS AND FINGERPRINTS

=================================================================================

2004-13950

NEW BEDFORD POLICE DEPARTMENT

PAGE 9

Processed: **NO**  By:                                Photos: **NO**  Prints:

---

## ──────NARRATIVE──────

On Monday, July 26, 2004, while assigned to unit 33A, I assisted unit 36A on a traffic stop at Coffin Ave. and Bellville Ave.

Officer Jones informed the undersigned that the front seat passenger was making furtive movements. Officer Jones then informed me he would request the passenger to step out of the vehicle for Officer safety. Officer Jones opened the vehicles door while I stood to Officer Jones left. I observed as the male stepped out of the vehicle, his shirt was partially above his belt line and

I saw a gun holster tucked in his front waist line. The male then fixed his shirt in an attempt to conceal this. I informed Officer Jones of this and then ordered the male to turn around and face Officer Jones. I seen a large bulge in his right front pants pocket and I then pat the outside of the pocket at which time I felt what I believed to be a handgun. I replied GUN and reached into the males pants pocket an removed the firearm. Officer Jones and I then ordered the male to the ground and he complied. The male was then handcuffed and further searched.

Respectfully submitted,

## ADMINISTRATION

Electronic Signature by Logon: **JONES, TYRONE C**
Report Entered by Officer: **CHABEREK, STANLEY**
Unit OFC1: **JONES, TYRONE C.**              #: **3744**  Unit: 36A Date: 07/26/04
Unit OFC2:                          #:     Unit: 36A
Routing:                       Date:             Div:
Clearance  :              Clearance Date:
Supervisor : **SOARES, ANTONIO P**        #: **3352**
Approved By:                    #:
Attachments:
Digtal Photos Attached: **N**

===========================================================================

# EXHIBIT B

**AGENCY COPY**

## MASSACHUSETTS UNIFORM CITATION

M0997486