UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ <br> UNITED STATES OF AMERICA } <br> } <br> V. } <br> } <br> MICHAEL AMBERS } <br> _____} | CRIMINAL NO. 04-10390-WGY |

**<u>DEFENDANT MICHAEL AMBERS' MOTION FOR DETENTION HEARING</u>**

Now comes the Defendant, Michael Ambers, and hereby moves this Honorable Court pursuant to 18 U.S.C. section 3142 for a detention hearing.

As reasons therefore, at the time the defendant appeared before this court for his initial appearance on January 6, 2005, he was serving a state sentence at the Bristol County House of Correction. Hence, the decision of this court was to continue the detention hearing. <u>See</u> Order #14. The defendant is due to be released from his state sentence on or about October 22, 2005. Accordingly, the question of Mr. Ambers' status while he awaits trial on his matter is a live issue.

Defendant further states that he will be before Young, J. on October 21, 2005 for an evidentiary hearing at 2:00PM. Therefore, he respectfully asks that this hearing occur on this same date.

        Respectfully submitted,
        Michael Ambers,
        By his attorney,


        /s/ Frank D. Camera
        56 N. Main Street #321
        Fall River, MA 02720
        508-677-2878

Date: October 10, 2005

## CERTIFICATE OF SERVICE

I, Frank D. Camera, certify that I have served a copy of the above-document to AUSA Christopher Bator on this 10th day of October 2005 by electronic filing.

        /s/ Frank D. Camera