UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| V. | } | CRIMINAL ACTION |
| | } | NO. 04-10390-WGY |
| MICHAEL AMBERS | } | |
| DEFENDANT | } | |

**<u>DEFENDANT MICHAEL AMBERS SECOND MOTION TO CONTINUE TRIAL</u>**

Now comes the Defendant, Michael Ambers, by and through his counsel, Frank D. Camera, hereby requests this Court continue the trial that is currently scheduled for December 19, 2005 to February 27, 2006 and that he be given an extension to comply with the Pretrial Order.  Mr. Bator, on behalf of the Government, is on trial in the matter of *United States v. Paul A. Decologero et.al*. (No. 01-10373-RWZ) on January 9, 2005; this trial is expected to last approximately two months.

Good cause exists for this extension in that the Defendant appeared at the Taunton District Court on December 5, 2005 for a hearing on a Motion For A New Trial.  As the Court is aware, Mr. Ambers is considered an Armed Career Criminal.  As of this date, this motion is still under advisement.  If this Motion For A New Trial is allowed, the defendant will be entering a change of plea on this matter.  The Government assents to the continuance of this trial and any extension will not interfere or prejudice the Government in preparing its case.  Counsel, on behalf of the Defendant, assents to this Court excluding from the Speedy Trial Act this period of time.

        Respectfully Submitted,
        Michael Ambers,
        By his attorney,


        /s/ Frank D. Camera_____
        Frank D. Camera
        B.B.O. #635930
        56 N. Main Street #321
        Fall River, MA 02720
        508-677-2878
        508-677-2876

Dated: December 15, 2005

## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on this 15th day of December 2005.

        /s/ Frank D. Camera_____