Page # 1

The Honorable Judge Young,

My name is Michael A Albers and I am currently in Federal custody. I am being held at Plymouth County Correctional Facility. I've been charged and already excepted full responsibility for being a "felon in possession - 18 922 G". I have been incarcerated since July 20th of 2004 pending my outcome. Which will soon be determined on my scheduled sentenceing date (September 20th of 2006 at 2:00 pm.).

I write to you today your Honor, to address one issue respectively. An issue which is quite a problem to grasp myself. That is, being an "Armed Career Criminal". Armed at the time, yes. But I never made a career out of it. I never intended to be a criminal, nevermind make a career from it. I've deffinately had a few bumps in my life. And I deffinately deserve some time, but I would say being an (ACC) is just a tad bit extreme. Your Honor, my intentions was survival. I am a father of two children. My daughter is six and my son just turned four years old. I cannot picture or even imagine the both of them growing up without me. I bet if they could, they would tell you the same. Your Honor, I just ask of you respectively, to carefully look over this

Page # 2.

There was some cases I had that where truly tryable, but probation seemed like the easiest rout. I moved to vacate a matter that was just a minor misunderstanding (an assault & battery w/ dangerous weapon). The dangerous weapon was alleged to be a "cigarette". It was denied ox grounds I wish to appeal. But due to insufficient funds, I haven't been able to move forward.

In conclusion your Honor, I just ask that you please sentence me to whats fair and exceptable to us all. Being in a respectable position as you are in, I trust and will respect your final decision. Again, I except full responsibility. I was advised by my attorney Frank D. Camera not to write this short excerpt. His exact words where that "Judge Young does not have the power to change what is guidelines". I beg to differ since the guidelines are now "advisory". Besides, judges should be able to judge accordingly. Thank you very kindly for your time. Also, please excuse the penmanship, due to lack of a typewritter.

Sincerely & Respectfully Submitted,

Michael Ambers

Michael Ambers