UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } <br> } <br> V. } <br> } <br> MICHAEL AMBERS } <br> DEFENDANT } <br> } | CRIMINAL ACTION <br> NO. 04-10390 |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING AND FOR LEAVE TO FILE OBJECTIONS TO THE PRESENTENCE REPORT**

Now comes the Defendant, Michael Ambers, by and through his counsel, Frank D. Camera, hereby requests this Court continue the sentencing hearing for approximately four weeks and grant him leave to file objections to the Presentence Report.

Good cause exists for this request in that counsel has been on vacation from August 30, 2006 through September 10, 2006. Consequently, the defendant has missed the September 5, 2006 deadline to file his objections to the Presentence Report. Further, defense counsel is scheduled to have five different superior court trial staring September 12, 2006 through the second week in October[1]. The Government has assented to this motion.

---

[1] Upon request, counsel will provide the list of trials.

        Respectfully Submitted,
        Michael Ambers,
        By his attorney,


        /s/ Frank D. Camera_____
        Frank D. Camera
        B.B.O. #635930
        56 N. Main Street #321
        Fall River, MA 02720
        508-677-2878
        508-677-2876


Dated: September 10, 2006


## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on September 10, 2006.


        /s/ Frank D. Camera_____